# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKIM RASHEED GIBSON,<br><br>Petitioner,<br><br>v.<br><br>RON RACKLEY, Warden,<br><br>Respondent. | Case No. CV 12-7179-CAS (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Final Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 17, 2015

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE